THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAR McDANIEL, Appellant.

Submitted April 6, 2009; decided April 30, 2009

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.